UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ESMERELDA RUIZ**  :  **CASE NO.  2:25-CV-00664**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**ASSURANCEAMERICA INSURANCE CO ET AL**  :  **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record and considering the objections, this Court concludes that the Magistrate Judge's report and recommendation is correct under the applicable law and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 10) is denied.

**THUS DONE AND SIGNED** in Chambers this 15th day of August, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE