**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ESMERELDA RUIZ** | **CASE NO. 2:25-CV-00664 LEAD**<br>**2:25-867 MEMBER** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ASSURANCEAMERICA INSURANCE CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**C/W**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **GEORGE HOMSI** | **CASE NO. 2:25-CV-00867 (Member)** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ASSURANCEAMERICA INSURANCE CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion to Dismiss (Doc. 63) is **GRANTED** dismissing Defendant Aurelio Vasquez-Morales in Civil Action 2:25-867, *Homsi v. AssuranceAmerica Ins. Co.* without prejudice.

**THUS DONE AND SIGNED** in chambers on this 14th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**