**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ESMERELDA RUIZ** | **CASE NO. 2:25-CV-00664 LEAD**<br>**c/w CASE NO. 2:25-867 MEMBER** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ASSURANCEAMERICA INSURANCE CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Partial Summary Judgment is **GRANTED** to the extent that Plaintiff's claim for past lost wages and loss of future earning capacity are **DISMISSED** with prejudice; otherwise the Motion for Partial Summary Judgment is **DENIED**.

**THUS DONE AND SIGNED** in chambers on this 18th day of November, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE